UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EKATERINA SCHOENEFELD, | : | Case No.:  09-cv-0504 (LEK) (RFT) |
| Plaintiff, | : | (Document Filed Electronically) |
| v. | : | ORAL ARGUMENT REQUESTED |
| STATE OF NEW YORK, ET AL., | : | **NOTICE OF MOTION** |
| Defendants. | : | **FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that on February 4, 2010, at 9:30 a.m., or at such other time as the matter may be heard, plaintiff, Ekaterina Schoenefeld, *pro se*, will move before the Honorable Lawrence E. Kahn, Senior United States District Judge, at James T. Foley U.S. Courthouse, 445 Broadway, Room 424, Albany, New York, pursuant to Fed. R. Civ. P. 56 for an Order:

1) granting summary judgment, declaring Judiciary Law § 470 unconstitutional as violating the Privileges and Immunities Clause of the U.S. Constitution;

2) permanently enjoining the defendants from enforcing Judiciary Law § 470; and

3) awarding plaintiff costs, reasonable attorneys fees, and such other relief as is just.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Ekaterina Schoenefeld will rely upon the Memorandum of Law, Local Rule 7.1(a)3 Statement of Material Facts, and Declaration of Ekaterina Schoenefeld and attached exhibits, filed herewith.

Oral argument is requested.

Dated: .December 15, 2010                    /s/ Ekaterina Schoenefeld
                                             Ekaterina Schoenefeld
                                             Bar Roll No. 515685

                                             32 Chambers Street, Suite 2
                                             Princeton, New Jersey 08542
                                             Tel.: (609) 688-1776
                                             Fax:  (609) 228-4099
                                             eschoenefeld@schoenefeldlaw.com

                                             *Plaintiff pro se*