UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____
                                                  :
EKATERINA SCHOENEFELD,            :          Case No.:  09-cv-0504 (LEK) (RFT)
                                                  :
        Plaintiff,                             :           (Document Filed Electronically)
                                                  :
             v.                                  :
                                                  :          **CERTIFICATE OF SERVICE**
STATE OF NEW YORK, ET AL.,          :
                                                  :
        Defendants.                          :
                                                  :
_____:

        I, Ekaterina Schoenefeld, an attorney admitted to practice in the State of New York and

before this Court, hereby certify that on December 15, 2010, I electronically filed on my behalf a

Notice of Motion for Summary Judgment, Statement of Material Facts, Memorandum of Law,

Declaration in Support of Motion for Summary Judgment, and Certificate of Service, which were

served on the defendants' counsel via ECF system.


Dated:   December 15, 2010

                                        By:        /s/ Ekaterina Schoenefeld_____
                                                     Ekaterina Schoenefeld
                                                     Bar Roll No. 515685

                                                     32 Chambers Street, Suite 2
                                                     Princeton, New Jersey 08542
                                                     Tel.: (609) 688-1776
                                                     Fax:  (609) 228-4099
                                                     eschoenefeld@schoenefeldlaw.com

                                                     *Plaintiff pro se*