====================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

## NORTHERN         DISTRICT OF         NEW YORK

### JUDGMENT IN A CIVIL CASE

### DOCKET NO 1:09-CV-00504 (LEK/RFT)

EKATERINA SCHOENEFELD,

                        **Plaintiff,**

   -against-

**STATE OF NEW YORK,** *et al.*,

                        **Defendants.**

_____     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX____     **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated September 07, 2011.

**DATE:** ___September 07, 2011___          *LAWRENCE K. BAERMAN*

                                          CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**