UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

EKATERINA SCHOENEFELD,

                              *Plaintiff*,        **NOTICE OF APPEAL**

        -against-                               09-CV-0504

STATE OF NEW YORK; ANDREW M CUOMO, IN HIS        LEK/RFT
OFFICIAL CAPACITY AS ATTORNEY GENERAL; NEW
YORK SUPREME COURT, APPELLATE DIV, THIRD
JUDICIAL DEPT; ALL JUSTICES OF NY SUPREME
COURT; MICHAEL J NOVACK, IN HIS OFFICIAL
CAPACITY AS CLERK OF NY SUPREME,

                              *Defendants*.

---

      Please take notice that all Defendants hereby appeal to the United States Court of Appeals for the Second Circuit from the September 7, 2011 final decision/order granting entry of judgment in favor of the Plaintiff and denying entry of judgment in favor of Defendants (Dkt. No. 75), as well as from the subsequent judgment entered on September 7, 2011 (Dkt. No. 76).

Dated: Albany, New York
       October 5, 2011

                                         ERIC T. SCHNEIDERMAN
                                         Attorney General of the State of New York
                                         Attorney for Defendants
                                         The Capitol
                                         Albany, New York  12224-0341

                                         By: *s/ Kevin P. Hickey*
                                         Kevin P. Hickey
                                         Assistant Attorney General, of Counsel
                                         Bar Roll No. 509796
                                         Telephone:  (518) 474-4367
                                         Fax::   (518) 473-1572 (Not for service of papers)
                                         Email: Kevin.Hickey@ag.ny.gov

TO:    Ekaterina Schoenefeld
        Plaintiff pro se
        3371 US Highway 1
        Suite 105
        Lawrenceville, NJ  08648

        Ekaterina Schoenefeld
        32 Chambers Street, Suite 2
        Princeton, New Jersey 08542